DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-11 TS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT EDWARD DOWNING,

               Plaintiff,

      v.

ROCKLAND COUNTY
CORR. FACILITY

               Defendant.

11 Civ. 2934 (LBS)

**MEMORANDUM**
**& ORDER**

    By Order dated June 13, 2011, Plaintiff was directed to file an Amended Complaint with the Court within sixty (60) days.   On July 12, 2011, Plaintiff was granted a sixty-day extension to comply with the Court's June 13, 2011 Order.   Since Plaintiff has failed to submit an Amended Complaint as specified, it is,

    ORDERED, ADJUDGED AND DECREED: That the Complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted.   28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.   *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

    SO ORDERED:

                             LEONARD B. SAND
                        United States District Judge

Dated: October 24, 2011
      New York, New York